IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
AH DIV.

2009 MAR -4 AM 11: 44

CLERK _____
SO. DIST. OF GA.

JOHN F. FRAZIER,                      )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )
                                      )
PROBATION SUPERVISOR REBECCA          )    CASE NO. CV406-232
S. HUNTER,                            )
                                      )
        Defendant.                    )
                                      )

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 16), to which no objections have been
filed.    After a careful de novo review, the Court concurs
with the Magistrate Judge's Report and Recommendation.
Accordingly, the Report and Recommendation is **ADOPTED** as
the Opinion of this Court.   This case is **DISMISSED WITHOUT
PREJUDICE**.   The **Clerk of Court** is **DIRECTED** to **close this
case**.

SO ORDERED this ____ day of March, 2009.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA